UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MSP RECOVERY CLAIMS SERIES 44, LLC,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**THE HANOVER INSURANCE COMPANY, INC., et al.,**<br><br>　　　　**Defendants.** | Civil Action No.<br>22-40087-FDS |

# MEMORANDUM AND ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AND PLAINTIFF'S MOTION TO STRIKE

**SAYLOR, C.J.**

On February 22, 2024, plaintiff filed a motion for leave to file an amended complaint that sought, among other things, to change the entities named as defendants.

On March 22, 2024, the Hanover defendants moved for leave to file a third-party complaint seeking indemnification based on a settlement agreement entered into by Citizens Insurance Company of America ("Citizens"). Soon thereafter, on April 11, 2024, plaintiff moved to strike that motion, based in part on the contention that the Hanover defendants do not have standing to pursue a right to indemnification held by Citizens.

On September 20, 2024, the Court entered an order granting plaintiff leave to substitute Citizens and Massachusetts Bay for the Hanover defendants. In light of that order, the moving defendants are no longer parties. Defendants' motion for leave to file a third-party complaint and plaintiff's motion to strike are accordingly DENIED without prejudice to their renewal in

light of the changes to the operative complaint.

**So Ordered.**

Dated:  September 20, 2024

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court